UNITED STATES of America, Plaintiff–Appellee,

v.

Jeremy Ray DANNER, a/k/a Caesar, Defendant–Appellant.

No. 12–7362.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 18, 2012.

Jeremy Ray Danner, Appellant Pro Se. Mark Vincent Talinao Odulio, Assistant United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Ray Danner appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction

of his sentence based on Amendment 750. Our review of the record demonstrates that Amendment 750 did not reduce Danner's Guidelines range of 240 months. *See United States v. Munn,* 595 F.3d 183, 187 (4th Cir.2010). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*